# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2016

152789

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                         SC:  152789
                         COA:  320388
                         Oakland CC:  2013-244672-FC

AWS M. NASER,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 13, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2016 _____



p0518

                                Clerk